```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38416
   SANDRA JEAN MOORE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3332


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/19/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.94% from remaining funds.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO  SECURED            8404.01     880.09       8404.01
ARONSON FURNITURE         SECURED             450.00      33.70        450.00
ARONSON FURNITURE         UNSECURED            18.05        .00          6.31
NATIONAL AUTO FINANCE CO  UNSECURED OTH      473.73        .00         90.01
ROUNDUP FUNDING LLC       UNSECURED          3747.74        .00       1309.61
BLAIR                     UNSECURED        NOT FILED        .00           .00
CAPITAL ONE               UNSECURED OTH      781.29        .00        273.05
US DEPT OF EDUCATION      UNSECURED         15471.44        .00       5406.34
NATIONAL CAPITAL MGMT LL  UNSECURED          1802.02        .00        629.70
CARDHOLDER SERVICES       UNSECURED        NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED           241.16        .00         84.27
MASSEYS                   UNSECURED        NOT FILED        .00           .00
MONROE & MAIN             UNSECURED           409.81        .00        143.20
NATIONAL QUIK CASH        UNSECURED        NOT FILED        .00           .00
SAMS CLUB                 UNSECURED        NOT FILED        .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           575.04        .00        200.94
SEVENTH AVENUE            UNSECURED           450.56        .00        157.44
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                  2,700.00
TOM VAUGHN                TRUSTEE                                     1,371.33
DEBTOR REFUND             REFUND                                        615.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              22,755.00

PRIORITY                                          .00
SECURED                                      8,854.01
    INTEREST                                   913.79
UNSECURED                                    8,300.87
ADMINISTRATIVE                               2,700.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 38416 SANDRA JEAN MOORE
```

```
TRUSTEE COMPENSATION                                         1,371.33
DEBTOR REFUND                                                  615.00
                                      ----------------   ----------------
TOTALS                                       22,755.00          22,755.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE